

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

APM Enterprises, LLC, and Avtar Grewal,
Appellants

No. 06-14-00027-CV          v.

National Loan Acquisitions Company,
Appellee

Appeal from the 62nd District Court of
Lamar County, Texas (Tr. Ct. No. 79950).
Opinion delivered by Justice Carter, Chief
Justice Morriss and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, APM Enterprises, LLC, and Avtar Grewal, pay all costs of this appeal.

RENDERED OCTOBER 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk